TO: Nathan Ochsner, Clerk
United States District Court, P.O. Box 61010, Houston, Texas 77208.

DATE: January 14, 2023

FROM: Mr. Jacob Earl Murphy
#01805040
Ellis Unit
1697 FM 980
Huntsville, TX 77343

United States Courts
Southern District of Texas
FILED
JAN 23 2023
Nathan Ochsner, Clerk of Court

Dear Court,

Because the Courts caseloads is heavy and disposition time cannot be predicted. I ask the Court should issue an order for Texas Department of Criminal Justice : ~~Correctional Institutions Division~~ Organization (TDCJ) to release me immediately from its custody pending the motion to grant relief in this Petition For A Writ of Habeas Corpus Under 28 U.S.C. § 2241 [AO 242 (Rev. 09/17)] as TDCJ has agreed that I should be released by January 20, 2023 or within three (3) business days from the issuance date (1/17/2023) of this In Forma Pauperis Data Sheet for proper dismissal of this complaint. [AT CIFP (REV. 9/02)]

Respectfully,
Jacob Earl Murphy
s/

# MOTION TO GRANT RELIEF!

:)

# MOTION TO GRANT

28 U.S.C. § 2241
Petition For A Writ Of HABEAS CORPUS

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

United States Courts
Southern District of Texas
FILED

JAN 23 2023

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the

_____
*Petitioner*

v.

_____
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

)
)
)
)
)
)  Case No. _____
)              *(Supplied by Clerk of Court)*
)
)
)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
**Personal Information**

1.   (a) Your full name: _____
     (b) Other names you have used: _____
2.   Place of confinement:
     (a) Name of institution: _____
     (b) Address: _____
     _____
     (c) Your identification number: _____
3.   Are you currently being held on orders by:
     ☐ Federal authorities      ☐ State authorities      ☐ Other - explain: _____
     _____
4.   Are you currently:
     ☐ A pretrial detainee (waiting for trial on criminal charges)
     ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
         If you are currently serving a sentence, provide:
         (a) Name and location of court that sentenced you: _____
         _____
         (b) Docket number of criminal case: _____
         (c) Date of sentencing: _____
     ☐ Being held on an immigration charge
     ☐ Other *(explain)*: _____
     _____

**Decision or Action You Are Challenging**

5.   What are you challenging in this petition:
     ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____
_____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: _____

   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   _____
   _____

   (d) Date of the decision or action: _____

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes            ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____
       _____
       _____
       _____
       _____
       _____

   (b) If you answered "No," explain why you did not appeal: _____
   _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes            ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☐ No

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes      ☐ No

If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
         ☐ Yes      ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes  ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes  ☐ No
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes  ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____
_____
_____
_____
_____
_____

(d)  Did you appeal the decision to the United States Court of Appeals?
☐ Yes          ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes          ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____
_____
_____
_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** _____

_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes      ☐ No

**GROUND TWO:** _____

_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes      ☐ No

**GROUND THREE:** _____

_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes      ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes       ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

## Request for Relief

15. State exactly what you want the court to do: _____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _____          _____
                                                               *Signature of Petitioner*

                                              _____
                                              *Signature of Attorney or other authorized person, if any*