Case 4:23-cv-00267   Document 5   Filed on 01/26/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 26, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACOB E. MURPHY, a/k/a JACOB EARL MURPHY, TDCJ–CID #01805040, | § § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-23-0267 |
| BOBBY LUMPKIN, | § § § | |
| Respondent. | § | |

**ORDER OF DISMISSAL**

Petitioner, a state prisoner proceeding *pro se*, filed a letter with the Court baldly claiming that prison officials have agreed to release him from prison by January 23, 2023, or within three business days after the Court grants him leave to proceed *in forma pauperis*. He asks for his immediate release from prison under 28 U.S.C. § 2241 because "the court's caseload is heavy and disposition time cannot be predicted." Submitted with his letter is a blank section 2241 habeas form.

Having reviewed petitioner's pleading under Rule 4 of the Rules Governing Section 2254 Cases, the Court **DISMISSES** this case as "it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court."

A review of public online court records shows that petitioner was convicted of murder in Dallas County, Texas, in 1997 and sentenced to a 25-year term of imprisonment.[1] Due to one or more unsuccessful releases to parole, petitioner's current projected release date is in 2029. He is not currently under consideration for release to parole or mandatory supervision. *Id.* His recently-filed federal habeas proceeding challenging his conviction under 28 U.S.C. § 2254 is pending in the United States District Court for the Northen District of Texas, Dallas Division. *Murphy v. Director*, C.A. No. 3:23-CV-00054-X (BT) (N.D. Tex.). A review of public online records for the Texas Court of Criminal Appeals shows that petitioner has not exhausted any habeas claims through that court through direct appeal or an application for state habeas relief.

Neither petitioner's letter nor his blank section 2241 habeas form presents any basis for federal habeas relief. This lawsuit is **DISMISSED WITHOUT PREJUDICE** for failure to state a cognizable federal habeas claim. Any and all pending motions are **DISMISSED AS MOOT**. A certificate of appealability is **DENIED**.

Signed at Houston, Texas, on this the 25th day of January, 2023.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

---

[1] https://inmate.tdcj.texas.gov/InmateSearch/viewDetail.action?sid=05903582 (last accessed January 24, 2023).

2